1 Susan St. Vincent
Legal Officer
2 NATIONAL PARK SERVICE
Legal Office
3 P.O. Box 517
Yosemite, California  95389
4 Telephone:  (209) 372-0241
5

6

7

8                           UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    Docket Number  6:17-po-0057-JDP

12                    Plaintiff,

13            v.                                   **MOTION TO DISMISS; AND
                                                   ORDER THEREON**
14

15    JIAWEI LI,

16                    Defendant.

17

18            Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19    endorsed hereon, the United States hereby moves the Court for an order of dismissal without

20    prejudice and in the interest of justice.

21            .

22

23            Dated:  October 24, 2019              /S/ Susan St. Vincent_____
                                                    Susan St. Vincent
24                                                  Legal Officer
                                                    Yosemite National Park
25

26

27

28

                                              1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, I order that the above-referenced matter, *United States v. Li,* 6:17-po-0057-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.


Dated:     October 29, 2019     _____

UNITED STATES MAGISTRATE JUDGE